UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO.   11:19-cr-00069-SEB-MJD |
| | ) | |
| TERRANCE RANGE, | ) | - 01 |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On December 30, 2021, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on November 5, 2021. Defendant Terrance Range appeared in person with his appointed counsel Joe Cleary. The government appeared by Cindy Cho, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Jason Nutter.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.  The Court advised Defendant Range of his rights and provided him with a copy of the petition. Defendant Range orally waived his right to a preliminary hearing.

2.  After being placed under oath, Defendant Range admitted violation numbers 1 and 3. [Docket No. 6.]

3.  The allegations to which Defendant admitted, as fully set forth in the petition, are:

| **Violation Number** | **Nature of Noncomplaince** |
|---|---|
| 1. | **"The defendant shall not commit another federal, state, or local crime."** |
| | On October 25, 2021, Mr. Range was charged with Ct. 1: Domestic Battery, Level 6 Felony, Ct. 2: Criminal Mischief, Class A Misdemeanor, and Ct. 3: Disorderly Conduct, Class B Misdemeanor. These charges are pending in Morgan County, Indiana, under case number 55D02-2110-F6-001470. |
| 3. | **"The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance."** |
| | As previously reported to the Northern District of Iowa, Mr. Range tested positive for cannabinoids on February 23, 2019, and admitted to using marijuana. |

4. The parties stipulated that:

    (a) The highest grade of violation is a Grade A violation.

    (b) Defendant's criminal history category is IV.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 37 to 46 months' imprisonment.

5. The parties jointly recommended a sentence of eighteen (18) months and no supervised release to follow.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of eighteen (18) months and no supervised release to follow. Defendant requested to be incarcerated at the Federal Bureau of Prisons in in Milan, Michigan, and the Magistrate Judge recommends this placement. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 12/30/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system

Electronic Notice to USPO and USM.